THOMAS PAIGE, Plaintiff in Error, *v,* THE PEOPLE, Defendants in Error.

Writ of Error dismissed for want of jurisdiction,. on the ground that there was no final judgment rendered in the Court below upon which a writ of error could be based.

JOEL TIFFANY,
State Reporter.